United States District Court
Western District of Texas
Pecos Division

FILED
DEC 15 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Case No. # PE:11-CV-00047

Lakeith Raqib Amir-Sharif

vs.

Brad Livingston, Exec.-Dir., TDCJ

Petitioner's Motion For Court To Consider And Render A Decision On Petitioner's Pending Motions And Request

Pursuant to the Constitutions Access to court, due process, and right to petition clauses, plus all appropriate Rules of Court, Petitioner files this motion and asks this court to consider and render written decisions on the motions and requests the

(1.)

Petitioner has pending before this Court as documents number 33, 39, 47, 48, 54, and 56.

Respectfully submitted on December 08, 2014.

Lakeith Rajib Amir-Sharif
1200 FM 655
Rosharon, TX 77583-8602

## Certificate of Service

I certify that by depositing a true copy of the above motion into the prison's outgoing mail system addressed to counsel of record service by U.S. Mail has been made on December 08, 2014.

Lakeith Rajib Amir-Sharif

(2.)